UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAVOR HEALTH, LLC,

Plaintiff,

v.

ANDREA DAY,

Defendant.

---

No. 19-CV-9798 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

ORDERED that no later than January 24, 2020, the parties shall submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1.  A brief description of all contemplated motions;

2.  A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

3.  A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

4.  The estimated length of trial; and

5.  Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that no later than January 24, 2020 the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:     January 15, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge