UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAVOR HEALTH, LLC,                                          :

        Plaintiff,                                      :

                                                      :                ORDER
        -against-
                                                      :                19-CV-9798 (RA)(KNF)

ANDREA DAY,                                                  :

        Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on September 30, 2020.  As a result of the discussion had during the conference,  IT IS HEREBY ORDERED that the Court's May 7, 2020 order, Docket Entry No. 46, is modified as follows:

      1. all discovery,of whatever nature, shall be initiated so as to be completed on or before November 30, 2020;

      2. any dispositive motion shall be filed on or before December 30, 2020; and

      3. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before December 30, 2020.

Dated: New York, New York                                  SO ORDERED:
         September 30, 2020

                                                                _____
                                                               KEVIN NATHANIEL FOX
                                                               UNITED STATES MAGISTRATE JUDGE