# CONNOLLY LAW

ONE BATTERY PARK PLAZA
32ND FLOOR
NEW YORK, NEW YORK 10004
(212) 372 – 7333

----------

kconnolly@connollylaw.us.com         (917) 591-4858 (FACSIMILE)
kerry.connolly@gmail.com              (917) 971-7788 (MOBILE)

February 15, 2022

VIA ECF
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:  *Savor Health, LLC v. Andrea Day*; Dkt. No. 19-cv-09798

Dear Judge Abrams:

As counsel for Andrea Day, defendant/counterclaim and third-party plaintiff, I respectfully submit this letter motion, pursuant to Fed. R. Civ. P. 6(b)(1)(B) for the Court to accept my Supplemental Declaration and the Second Supplemental Declaration and the accompanying exhibits filed today on the ECF system, Dkt. ## 116, 117.

As explained in those Declarations, the three documents that make up the Supplemented Timesheets had some internal issues that prevented them from being filed on the ECF system last evening.  While attempting to file my original Declaration (Dkt. 115) and accompanying exhibits, the entire filing kept getting rejected, removing all the already uploaded files, due to issues in one or more of the exhibits, later determined to be the Supplemented Timesheets.  After not being able to fix the problem, I finally filed the Declaration alone, just at 11:59 p.m., so that it would timely filed.

The problem with the Supplemented Timesheets had not been resolved by earlier this evening so I thought it best to file at least all of the other exhibits and did so, along with my Supplemental Declaration, Dkt. 116.

With help, the internal issues creating the problem was removed from the Supplemented Timesheets and the PDFs that they were converted into were accepted by the ECF system tonight, attached to my Second Supplemental Declaration, Dkt. #117.

The PDF version of the Supplemented Timesheets are the same documents that were already produced to counsel for Savor Health and Susan Bratton.

I apologize for the inconvenience and thank you for your consideration of this request.

Respectfully submitted,

/s/Kerry E. Connolly
Kerry E. Connolly

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 16, 2022

C:  Counsel of record (via ECF)