UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
SAVOR HEALTH, LLC,

Plaintiff/Counterclaim-Defendant,

-v-

ANDREA DAY,

Defendant/Counterclaim-Plaintiff.
--------------------------------------------------------x
ANDREA DAY,

Third-Party Plaintiff,

-v-

SUSAN BRATTON and JOHN/JANE DOES #1-9

Third-Party Defendants.
--------------------------------------------------------x

**ORDER**
No. 19-CV-9798 (RA) (JW)

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE

Ms. Day's opposition to Plaintiff/Counterclaim-Defendant and Third-Party Defendant's motion for sanctions fails to comply with Judge Abram's order stating that such opposition cannot exceed ten pages, as Ms. Day's counsel acknowledged. See Dkt. Nos. 106, 125. Ms. Day shall refile her opposition in compliance with Judge Abram's order by **April 25, 2022**. The Court notes that Judge Abram's order did not contemplate a reply in support of the motion.

SO ORDERED.

Dated: New York, New York
April 21, 2022

JENNIFER E. WILLIS
United States Magistrate Judge