```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/02/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAVOR HEALTH, LLC,

      Plaintiff/Counter-Defendant,

      v.

ANDREA DAY,

      Defendant/Counter-Claimant.

No. 19-CV-9798 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 17, 2022, Magistrate Judge Willis issued a Report and Recommendation that Savor's motion for sanctions be denied. Judge Willis ordered that any objections be filed within fourteen days of receipt of the Report—that is, by May 31, 2022. Although Savor has not filed any objections to the Report, it stated in a May 19, 2022 letter addressed to this Court that it disagreed with the Report's conclusions, and described several bases on which the Report is purportedly "factually wrong." By June 6, 2022, Savor shall clarify whether it intended its May 19, 2022 letter to constitute its written objections to the Report. Otherwise, the Court shall consider the Report to be without objections.

SO ORDERED.

Dated:    June 2, 2022
             New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge