UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
SAVOR HEALTH, LLC,

Plaintiff/Counterclaim-Defendant,

-v-

ANDREA DAY,

Defendant/Counterclaim-Plaintiff.
--------------------------------------------------------x
ANDREA DAY,

Third-Party Plaintiff,

-v-

SUSAN BRATTON and JOHN/JANE DOES #1-9

Third-Party Defendants.
--------------------------------------------------------x

**ORDER**
No. 19-CV-9798 (RA) (JW)

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE

Ms. Day shall file a response, if any, to Plaintiff/Counterclaim-Defendant and Third-Party Defendant's letter (Dkt. No. 156) by **July 12, 2022**. The response should be no longer than three pages and focus exclusively on the request to reopen discovery. A schedule for any formal motion for attorney's fees will be set later if the Court permits discovery to be reopened.

SO ORDERED.

Dated: New York, New York
       July 7, 2022

JENNIFER E. WILLIS
United States Magistrate Judge