USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAVOR HEALTH, LLC,

    Plaintiff/Counter-Defendant,

v.

ANDREA DAY,

    Defendant/Counter-Claimant.

No. 19-CV-9798 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On July 21, 2022, Magistrate Judge Willis denied Savor's request to reopen discovery. By July 29, 2022, the parties shall jointly propose a briefing schedule for Savor's renewed summary judgment motion.

SO ORDERED.

Dated:    July 22, 2022
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge