UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAVOR HEALTH, LLC,

    Plaintiff/Counterclaim-Defendant,

v.

ANDREA DAY,

    Defendant/Counterclaim Plaintiff.

---

ANDREA DAY,

    Third Party Plaintiff,

v.

SUSAN BRATTON and JOHN/JANE DOES #1-9,

    Third Party Defendants.

No. 19-cv-9798 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Pending before the Court is a motion filed by Savor Health, LLC and Susan Bratton (together, "Savor") for leave to redact two exhibits to Savor's motion for partial summary judgment. The parties shall appear for a telephone conference on Friday, November 18 at 2:30 p.m. to discuss Savor's application. The parties shall be prepared to discuss the applicability of *Lugosch v. Pyramid Co. of Onondaga,* 435 F.3d 110, 119-120 (2d Cir. 2006) (noting that "documents [used by parties] moving for, or opposing, summary judgment should not remain under seal absent the most compelling reasons"), to the motion.

SO ORDERED.

Date: November 15, 2022
New York, New York

                                                                Hon. Ronnie Abrams
                                                                United States District Judge