UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAVOR HEALTH, LLC,

    Plaintiff/Counterclaim-Defendant,

v.

ANDREA DAY,

    Defendant/Counterclaim Plaintiff.

---

ANDREA DAY,

    Third Party Plaintiff,

v.

SUSAN BRATTON and JOHN/JANE DOES #1-9,

    Third Party Defendants.

No. 19-cv-9798 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    For the reasons discussed during the December 6, 2022 telephonic conference, the Court will consider the Supplemental Declaration of Susan Bratton and the attached exhibits filed on November 28, 2022 as part of the record on summary judgment. As agreed at the conference, Day shall file her cross-motion and opposition to Savor's motion for summary judgment by January 5, 2023, Savor shall file its opposition and reply by January 31, 2023, and Day shall file her reply by February 15, 2023.

SO ORDERED.

Date: December 7, 2022
New York, New York

                                                  Hon. Ronnie Abrams
                                                United States District Judge