CONNOLLY LAW

ONE BATTERY PARK PLAZA

32ND FLOOR

NEW YORK, NEW YORK 10004

(212) 372 – 7333

----------

kconnolly@connollylaw.us.com

kerry.connolly@gmail.com　　　　　　　　　　　　　　　　　　　　(917) 971-7788 (MOBILE)

VIA ECF　　　　　　　　　　　　　　　　January 3, 2023
The Hon. Ronnie Abrams
United States District Judge
U.S. District Court, S.D.N.Y.
40 Foley Square, Room 2203
New York, NY 10007

　　　　Re:  *Savor Health, LLC v. Andrea Day*; Dkt. No. 19-cv-9798 (RA)(JEW)

Dear Judge Abrams:

　　　I respectfully submit this letter motion for an extension of the briefing schedule on the parties' cross-motions for summary judgment, with the consent of counsel for Savor Health.

　　　The current briefing schedule was established after the Court addressed certain procedural and evidentiary issues presented by Savor's summary judgment submissions, after hearing the parties on those issues (*see* Dkt. 190), as well as the Court giving consideration to the time involved in managing my sister's illness.  This further extension is requested due to yet additional complications in managing medical and other care for my sister, which *inter alia* requires frequent round-trip travel to Connecticut. The proposed, revised schedule extends the briefing dates as follows:

- Day's opposition and cross-motion: from January 5th to January 19th;
- Savor's opposition and reply:  from January 31st to February 14th; and
- Day's reply:  from February 15th to March 1st.

　　　Thank you for the Court's consideration of this request.  Best wishes to all for a Happy New Year.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s Kerry E. Connolly*　　Application granted.

　　　　　　　　　　　　　　　　　　　　　　　Kerry E. Connolly　　　　SO ORDERED.

C:  Counsel of record (via ECF)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1/4/2023