UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
SAVOR HEALTH, LLC,

    Plaintiff/Counterclaim-Defendant,

        -v-

ANDREA DAY,

    Defendant/Counterclaim-Plaintiff.
---------------------------------------------------------x
ANDREA DAY,

    Third-Party Plaintiff,

        -v-

SUSAN BRATTON and JOHN/JANE DOES #1-9

    Third-Party Defendants.
---------------------------------------------------------x

**ORDER**
**19-CV-9798 (RA) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

    On February 21, 2023, Plaintiff/Counterclaim Defendant Savor Health LLC and Third-Party Defendant Susan Bratton together filed a letter motion requesting a conference on a proposed disqualification motion. Dkt. No. 202. On February 24, 2023, Defendant/Counter-claim Plaintiff Ms. Andrea Day filed a response in opposition. Dkt. No. 203.

    A conference to address this issue is scheduled for **March 30, 2023** at **10:30 AM** in Courtroom 228, 40 Foley Square, New York, NY.

SO ORDERED.

Dated: New York, New York
March 6, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge