UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAVOR HEALTH, LLC,

      Plaintiff/Counterclaim-Defendant,

v.

ANDREA DAY,

      Defendant/Counterclaim Plaintiff.

---

ANDREA DAY,

      Third Party Plaintiff,

v.

SUSAN BRATTON and JOHN/JANE DOES #1-9,

      Third Party Defendants.

No. 19-cv-9798 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      It has come to the Court's attention that three entries on the public docket cannot be accessed. Accordingly, the Clerk of Court is respectfully directed to replace docket entries 168-5, 168-6, and 168-7.

SO ORDERED.

July 13, 2023
New York, New York

                                                            _____
                                                            Hon. Ronnie Abrams
                                                            United States District Judge