```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAVOR HEALTH, LLC,

    Plaintiff/Counterclaim Defendant,

    v.

ANDREA DAY,

    Defendant/Counterclaim Plaintiff.

---

ANDREA DAY,

    Third Party Plaintiff,

    v.

SUSAN BRATTON,

    Third Party Defendant.

No. 19-cv-9798 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Pending before the Court are the parties' cross-motions for summary judgment. The Court grants in part and denies in part both motions for reasons it will explain at a telephone conference to be held on October 5 at 4:30 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#. This conference line is open to the public. Should this present a conflict for either party, they may make an application to the Court by letter.

    The Clerk of Court is respectfully directed to terminate the motions pending at Docket Nos. 168 and 197.

SO ORDERED.

Dated:     September 21, 2023

                                                       Hon. Ronnie Abrams
                                                       United States District Judge