UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAVOR HEALTH, LLC,

       Plaintiff/Counterclaim-Defendant,              **ORDER**

       -against-                             **19-CV-9798 (MMG) (JW)**

ANDREA DAY,

       Defendant/Counterclaim-Plaintiff
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The parties are directed to jointly provide an update to the Court as to the status of this case by **December 20, 2024**.

    SO ORDERED.

DATED:   New York, New York
               December 10, 2024

                                                  _____
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge