UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAVOR HEALTH, LLC,

       Plaintiff/Counterclaim-Defendant,              **ORDER**

         -against-                                    **19-CV-9798 (MMG) (JW)**

ANDREA DAY,

       Defendant/Counterclaim-Plaintiff.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court directed the parties to provide it with an update as to the status of this case on December 10, 2024. Dkt. No. 242. The parties provided an update by email on December 20, 2024. Dkt. No. 243. On December 30, 2024, the Court emailed the parties and directed them to provide agreeable dates to hold a conference. The parties have yet to respond. **The parties are directed to provide an update as to the status of this case by March 12, 2025**.

       SO ORDERED.

DATED:    New York, New York
               March 7, 2025

                                                                                 _____
                                                                                JENNIFER E. WILLIS
                                                                                United States Magistrate Judge