UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAVOR HEALTH, LLC,

       Plaintiff/Counterclaim-Defendant,

       -against-

ANDREA DAY,

       Defendant/Counterclaim-Plaintiff.
-----------------------------------------------------------------X

**ORDER**

**19-CV-9798 (MMG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties are directed to appear before the Court on **March 26, 2025 at 2:30 PM in Courtroom 228**, 40 Foley Square, New York, New York 10007. The Court, in its March 7, 2025 order, directed the parties to provide an update as to the status of the case by March 12, 2025. Dkt. No. 244. The Court has yet to receive it. **The parties are directed to provide an update as to the status of this case by March 21, 2025**.

    SO ORDERED.

DATED:    New York, New York
             March 13, 2025

                                               _____
                                               JENNIFER E. WILLIS
                                               United States Magistrate Judge