UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAVOR HEALTH, LLC,

       Plaintiff/Counterclaim-Defendant,               **ORDER**

         -against-                                     **19-CV-9798 (MMG) (JW)**

ANDREA DAY,

       Defendant/Counterclaim-Plaintiff.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared for a conference before the Court on March 26, 2025. A briefing schedule was ordered at the request of Day as to the enforceability of an agreement from February 2024. The initial motion is due by **April 18, 2025**. The opposition brief is due by **May 7, 2025**. The reply brief, if needed, is due by **May 14, 2025**. If the Court finds oral argument necessary, it will be held on **May 29, 2025** at 11:00 AM in courtroom 228 of the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007.

SO ORDERED.

DATED:    New York, New York
                March 26, 2025

                                                                JENNIFER E. WILLIS
                                                               United States Magistrate Judge