CONNOLLY LAW

ONE BATTERY PARK PLAZA

32ND FLOOR

NEW YORK, NEW YORK 10004

(212) 372 – 7333

----------

kconnolly@connollylaw.us.com

kerry.connolly@gmail.com                                                                              (917) 971-7788 (MOBILE)

April 17, 2025

VIA ECF

The Hon. Jennifer E. Willis
United States Magistrate Judge
U.S. District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

> The proposed briefing schedule is ADOPTED.
> SO ORDERED.
>
> *[signature: Jennifer E. Willis]*
>
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> April 21, 2025

Re: *Savor Health, LLC v. Andrea Day*; Dkt. No. 19-cv-9798 (MMG)(JEW)

Dear Judge Willis:

As counsel for Andrea Day, I submit this letter motion under Fed. R. Civ. P. 6 (1)(A) for a one week extension of time to submit the motion to approve the settlement of this action pursuant to *Cheeks v. Freeport Pancake House* and to enforce the settlement agreement due to certain medical which have prevented my attention to this matter.

With the consent of counsel for Savor Health and Susan Bratton, the proposed revised briefing schedule would be:

Motion submission date:  April 25th
Opposition/Response date:  May 14th
Reply, if any:  May 21st

The Court's attention to this request is appreciated.

Respectfully submitted,
/s *Kerry E. Connolly*
Kerry E. Connolly

C:  Counsel of record (via ECF)