CONNOLLY LAW

ONE BATTERY PARK PLAZA

32ND FLOOR

NEW YORK, NEW YORK 10004

(212) 372 – 7333

----------

kconnolly@connollylaw.us.com

kerry.connolly@gmail.com                                          (917) 971-7788 (MOBILE)

VIA ECF                                                January 13, 2026
The Hon. Margaret M. Garnett
United States District Judge
U.S. District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

     Re: *Savor Health, LLC v. Andrea Day*; Dkt. No. 19-cv-9798 (MMG)(JEW)

Dear Judge Willis:

     As counsel to Andrea Day, I respectfully submit this letter motion seeking (1) pursuant to Fed. R. Civ. P. 6(b)(1)(B), the Court's acceptance of Day's Objections to the Report & Recommendation of Magistrate Judge Willis dated December 29 2025 [Dkt. 271] that was filed two hours and eight minutes late, and (2) permission to file on the docket email correspondence addressed to the Magistrate Judge.

     The delay in filing was caused by my illness with what is either a bad cold or the flu, which interfered substantially in my ability to finalize and timely file Day's Objections. I have not made any prior request for an extension to file the Objections, and given the circumstances of the delay and the fact that the delay was *de minimis*, I request that the Court grant the extension.

     The second issue is third-party defendant Susan Bratton's new assertion that she never agreed to be personally liable to pay the settlement amount, but without Bratton being jointly and severally liable with Savor Health, Day would not have agreed to the settlement. The parties' email correspondence to the Magistrate Judge outlining the status of the settlement is extremely probative on this issue and as to against whom the agreement should be enforced. Because the terms of the settlement itself are already public and the communications contain evidence on this fundamental issue, the settlement privilege should no longer apply and prevent the filing of these emails on the docket. Nonetheless, since the emails were emailed to the Magistrate Judge, rather than unilaterally filing them on the docket, I thought it prudent to seek the Court's permission to do so. Accordingly, to avoid any potential criticism for their publication, I request the Court's permission to file the emails on the docket as a supplement to Day's Objections.

                                        Respectfully submitted,
                                        /s *Kerry E. Connolly*
                                        Kerry E. Connolly

C: Counsel of record (via ECF)

GRANTED in part. The Court accepts Ms. Day's objections (Dkt. No. 271) as timely.

As to the request to file email correspondence on the docket, the Court requests that counsel for Ms. Day first submit the email at issue for in camera review by emailing it to GarnettNYSDChambers@nysd.uscourts.gov and copying all counsel of record.

SO ORDERED.  Dated January 14, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE